

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00235-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **MARTINEZ**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. CC341867
The Honorable Michael La Hood, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: August 13, 2014

DISMISSED

     Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a). The motion is granted and this appeal is dismissed. *See id.*


PER CURIAM

DO NOT PUBLISH